UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PETER DAVEY,

                  Plaintiff,

    - against -                NOTICE OF REMOVAL

WINFIELD JONES and JONES HIRSCH
CONNORS & BULL P.C.,         06 CV 4206

                  Defendants.
----------------------------------------X

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK

    Defendants Winfield Jones and Jones Hirsch Connors & Bull P.C. hereby file this Notice of Removal in the above-captioned case and state as follows:

    1.  On or about May 8, 2006, the Pro Se Plaintiff Peter Davey ("Davey") commenced an action in the Supreme Court of the State of New York, County of New York against defendants by filing a Summons with Notice. The index number assigned was 06317/06. The defendants named were Winfield Jones and Jones Hirsch Connors & Bull P.C. A copy of the Summons with Notice is annexed hereto as Exhibit A.

    2.  The Summons with Notice identifies the nature of the action as asserting various statutory and common law causes of action including alleged violation of 29 U.S.C. § 621.

3. Based on the foregoing, this Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. § 1331, based on the federal question presented by plaintiff's claim.

4. This removal notice is being filed within 30 days of defendants' receipt of a copy of the pleading naming them as parties, in compliance with 28 U.S.C. § 1446(a) and (b).

5. Therefore, pursuant to 28 U.S.C. § 1441(a), this proceeding is removable to this Court.

WHEREFORE, defendants respectfully request that this case in the Supreme Court of the State of New York, County of New York, be removed to this Court.

Dated: New York, New York
May 25, 2006

JONES HIRSCH CONNORS & BULL P.C.

By: _____
Peter T. Shapiro (PS 9692)
Defendant Pro Se and as Attorneys
for Defendant Winfield P. Jones
1 Battery Park Plaza
New York, New York 10004
212-527-1000

TO: PETER DAVEY
Plaintiff Pro Se
340 E. 58TH Street #2E
New York, New York 10022
212-486-6065



Supreme Court of The State Of New-York
County Of New York

PETER DAVEY

                                    Plaintiff(s)

against

WINFIELD JONES AND JONES
HIRSCH CONNORS + BULL P.C.

                                    Defendant(s)

Index No.
Date purchased 5/8/06
                  06106331
Plaintiff(s) designate(s)
NEW YORK
County as the place of trial.

The basis of the venue is
plaintiff's residence

**Summons**
**with Notice**

Plaintiff(s) reside(s) at
340 E 52 ST. # 2E
N.Y. N.Y. 10022.
County of New York

To the above named Defendant(s)

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

FILED
MAY 08 2006
NEW YORK COUNTY CLERK'S OFFICE

Dated, New York, New York
       May 8, 2006
Defendant's address:

ONE BATTERY PARK PLAZA
N.Y. N.Y. 10004

Peter Davey
Attorney(s) for Plaintiff pro se

Office and Post Office Address
340 E 52 ST. # 2E
N.Y. N.Y. 10022
(212) 486-2065

Notice: The nature of this action is violation of 29 U.S.C. 621, et. seq.; N.Y. Exec L. 296 et. seq.; NYC Admin. code 8-101 et seq; defamation; slander and slander per se; intentional infliction of emotional and financial harm; tortious interference with economic opportunity; wrongful termination, abusive discharge violating good faith and fair dealing; breach of implied contract; misrepresentation; etc., etc. etc.
The relief sought is at least THREE MILLION ($3,000,000.) DOLLARS

(If your failure to appear, judgment will be taken against you by default for the sum of $3,000,000.

STATE OF NEW YORK )
                  : SS.:
COUNTY OF NEW YORK )

PAULETTE TIMMONS, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

On June 5, 2006, deponent served the within CIVIL COVER SHEET, NOTICE OF REMOVAL, INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN AND INDIVIDUAL RULES OF PRACTICE OF JUDGE NATHANIEL FOX UPON:

PETER DAVEY
Plaintiff Pro Se
340 East 58th Street
# 2E
New York, NY 10022
212-486-6065

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

PAULETTE TIMMONS

Sworn to before me this
5th day of June, 2006

_____
NOTARY PUBLIC

DEBORAH McINTOSH-GEORGE
Notary Public, State of New York
No. 01MC5050400
Qualified in Kings County
Commission Expires 5-20-2010